**ACSO PURSUIT POLICY VIOLATIONS**
Pursuit of Brian Germany
March 22, 2008

**Danny Davis written pursuit policy violations by joining the pursuit:**

1. Pursuits for misdemeanor and traffic violations are prohibited. § Definitions.

2. The deputy must have reasonable suspicion to believe that the violator being pursued is a felon or suspected felon. § Definitions.

3. Deputies in the vicinity of the pursuit will remain on their assigned beats unless requested to participate in the pursuit by a supervisor. § B.3.

4. Deputies shall not parallel the pursuit without supervisory approval. § B.3.

5. ACSO's participation in an allied agency's pursuit is appropriate only in response to a specific request for participation. § E.2.

6. Mere notification of the existence of a pursuit shall not be construed as a request for participation. § E.2.

7. Prior to acceptance of the pursuit from an allied agency, the ACSO field supervisor shall determine the ACSO involvement, if any, and provide the appropriate direction. § E.2.

**Danny Davis written pursuit policy violations by continuing the pursuit:**

8. Deputies will terminate a pursuit when no ACSO field supervisor or higher authority can be contacted to approve the continuation of the pursuit. § B.4.c.2.

9. After the deputy makes the decision to engage in the pursuit, it is his responsibility to immediately notify the communications center of the location, direction of travel and approximate speed of the pursuit; vehicle description; the age and a description of the person being pursued; and the reason for the pursuit and specific law violations. § B.1.b.2.

    10.    Deputies must update the information described above throughout the pursuit. § B.1.b.2.

**Danny Davis written pursuit policy violations by pursuing Brian into the field and ramming the motorcycle:**

    11.    Ramming is prohibited. § D.3.a.

    12.    The decision to attempt to forcible stop a fleeing vehicle shall be based on careful consideration of all facts apparent to the pursuing deputy. § D.1.

    13.    A supervisor's permission should be obtained prior to initiating a forcible stop. § D.1.

    14.    A forcible stop of a pursued vehicle may be undertaken ONLY when the deputy has reason to believe that the continued movement of the pursued vehicle would place others in imminent danger of great bodily harm or death. § D.2.a. (emphasis in original).

    15.    A forcible stop of a pursued vehicle may be undertaken ONLY when the apparent risk of harm to other than the occupant of the pursued vehicle is so great as to outweigh the apparent risk of harm involved in making the forcible stop. § D.2.b. (emphasis in original).

    16.    A forcible stop of a pursued vehicle may be undertaken ONLY after all other reasonable means of apprehension have been exhausted and/or considered and rejected as impractical, such as continuing to follow, calling for assistance from the ACSO, or calling for assistance from other law enforcement agencies. § D.2.c. (emphasis in original).

    17.    Under KRS 503.090(1), the use of physical force in making an arrest is justifiable only when the officer believes physical force is necessary to make the arrest. § D.2 Note 1.

    18.    Under KRS 503.090(2), the use of deadly force in making an arrest is justifiable only when the officer believes deadly force is necessary to make the arrest. § D.2 Note 2.

19. Under KRS 503.090(2), the use of deadly force in making an arrest is justifiable only when the arrest is for a felony involving the use or threatened use of physical force which is likely to cause death or seriously physical injury. § D.2 Note 2.

20. Under KRS 503.090(2), the use of deadly force in making an arrest is justifiable only when the person making the arrest believes the person to be arrested is likely to endanger human life unless apprehended without delay. § D.2 Note 2.

21. Deputies will terminate a pursuit when the circumstances of the pursuit present an extreme safety hazard to the suspect. § B.4.c.1.

22. Apprehension of occupants of a motor vehicle is secondary to importance of public safety. § Intro.

23. It is the responsibility of the primary pursuit unit to conduct the pursuit with due regard for the safety of others. § B.1.a.2.

24. Although misdemeanor and traffic violation pursuits are never permitted, § Definitions, because of the hazards to both the public and deputies it may be necessary to abandon the pursuit of some *felony* offenders rather than continue, § B.4.a.

25. In assessing danger to life and property during a pursuit, deputies should take into account the area or location of the pursuit. § A.5.

26. In assessing danger to life and property during a pursuit, deputies should take into account the roadway/surface conditions. § A.3.

27. In assessing danger to life and property during a pursuit, deputies should take into account their vehicle type. § A.7.

28. In assessing danger to life and property during a pursuit, deputies should take into account the lighting conditions. § A.4.

29. In assessing danger to life and property during a pursuit, deputies should take into account the nature and seriousness of the offense. § A.8.

30. In assessing danger to life and property during a pursuit, deputies should take into account the availability of assistance. § A.9.

31. In assessing danger to life and property during a pursuit, deputies should take into account the likelihood of a successful apprehension. § A.10.

32. Although pursuits for misdemeanor and traffic violations are never permitted, § Definitions, strong consideration should be given to terminating a *felony* pursuit when the conditions limit the probability of a safe and successful end to the pursuit, § B.4.b.1.

33. Although pursuits for misdemeanor and traffic violations are never permitted, § Definitions, strong consideration should be given to terminating a *felony* pursuit when the violator can be identified to the point where later apprehension can be accomplished and the violator is not a threat to the public, § B.4.b.2.

34. Although pursuits for misdemeanor and traffic violations are never permitted, § Definitions, strong consideration should be given to terminating a *felony* pursuit when the deputy knows or has reason to believe the fleeing vehicle is being operated by a driver who is intoxicated or otherwise impaired and poses an extreme safety hazard, § B.4.b.4.

35. Deputies must use good judgment during pursuits. § Intro.

36. The safety of the community must come first. § Intro.

**Sam Carter and the Allen County Sheriff's Office written pursuit policy violations during and after the pursuit:**

37. The Immediate Supervisor of the primary pursuit vehicle must acknowledge the communications when advised of the pursuit in progress. § C.1.a.

38. The Immediate Supervisor of the primary pursuit vehicle must monitor the pursuit. § C.1.b.

39. The Immediate Supervisor of the primary pursuit vehicle must take necessary action to assure compliance with this policy. § C.1.b.

40. The Immediate Supervisor of the primary pursuit vehicle must assume functional responsibility for all involved units. § C.1.c.

41. The Immediate Supervisor of the primary pursuit vehicle must terminate the pursuit if, in his or her judgment, the necessity of apprehension is outweighed by the apparent danger involved. § C.1.d.

42. The Immediate Supervisor of the primary pursuit vehicle must go to the location of the pursuit termination and supervise the scene. § C.1.e.

43. The Immediate Supervisor of the primary pursuit vehicle must investigate the incident and complete a Pursuit Report Form. § C.1.f.