UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 01:09CV-00006

DENISE WALKER, Administratrix of the
Estate of Thomas Brian Germany, deceased,
and Next Friend of T.A.G., a minor,                                    PLAINTIFF

v.                         **AGREED ORDER OF DISMISSAL**

DANNY DAVIS &
SAM CARTER                                                          DEFENDANTS

The Court having been advised that the Parties have reached an out of court

settlement and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that all claims asserted or assertable in this litigation

are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**HAVE SEEN AND AGREE:**

*/s/  W. Douglas Myers w/permission*
W. Douglas Myers
Counsel for Plaintiff

*/s/  Aaron D. Smith*
Aaron D. Smith
Counsel for Defendants